KEMNITZER, ANDERSON, BARRON & OGILVIE, LLP
Mark F. Anderson  (SBN 44787)
Matthew S. Da Vega (SBN 195443)
445 Bush Street, 6th Floor
San Francisco, CA 94108
Telephone: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorney for Plaintiff Allen Steinmetz

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Allen Steinmetz,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Western Recreational Vehicles, Inc., a Delaware corporation,<br><br>　　　　　Defendant | Case No. 2:08-cv-00340 LKK KJM<br><br>Order Entering the Default of Defendant Western Recreational Vehicles, Inc. |

Whereas, plaintiff filed this breach of warranty action involving a RV manufactured by the defendant Western Recreational Vehicles, Inc. ("Western RV") Yakima, Washington, on February 14, 2008;

Whereas, plaintiff served the defendant with copies of the summons and complaint by certified mail, return receipt requested, in accordance with California Code of Civil Procedure § 415.40;

Whereas, the defendant has failed to respond to the complaint within the time allowed by law;

IT IS HEREBY ORDERED that the default of the defendant Western Recreational Vehicles, Inc, a Delaware corporation, is hereby entered.

//

//

Order for Entry of Default & Continuing Status Conf, *Steinmetz v Western Recreational Vehicles, Inc*

PDF created with pdfFactory trial version www.pdffactory.com

1     In addition, the status conference set for April 27, 2008, is hereby continued to June 9, 2008, at
2 2:30 p.m..
3 Dated: April 23, 2008 .

                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT

Order for Entry of Default & Continuing Status Conf, *Steinmetz v Western Recreational Vehicles, Inc*

2

PDF created with pdfFactory trial version www.pdffactory.com